

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00577-CV

**IN THE INTEREST OF J.J.C.**, A.C., Je.J.C., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02118
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 28, 2015.

_____
Rebeca C. Martinez, Justice